IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESMAEIL RIAHI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 24-CV-03499 |
| RUIZ FOOD PRODUCTS, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Ruiz Food Products, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted by:

/s Patrick J. Gorman                              /s Sarah A. Fox Ruddell

Pattrick J. Gorman                                Sarah A. Fox Ruddell
pgorman@favarogorman.com                          sfox@littler.com


Favaro & Gorman, Ltd.                             Littler Mendelson, PC
9510 Turnberry Trail                              111 Monument Circle, Suite 702
Lakewood, Illinois 60014                          Indianapolis, IN 46204
(815) 477-1110                                    (317) 287-3600